UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER MILLER,<br><br>                  Plaintiff,<br><br>    v.<br><br>MARGARET GILBERT et al,<br><br>                 Defendants. | CASE NO. 3:16-CV-05891-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: OCTOBER 13, 2017 |

Before the Court is plaintiff's voluntary motion to dismiss defendant McCarty without prejudice. Dkt. 47. Defendants have not filed any opposition to this motion. The undersigned therefore recommends that the motion be granted and that defendant McCarty be dismissed without prejudice.

**BACKGROUND**

This case was transferred to this Court from Grays Harbor Superior Court on October 21, 2016. Dkt. 1. The Court granted plaintiff's motion to amend and accepted his first amended complaint on December 14, 2016 against Margaret Gilbert, Lt. McCarty, Daniel Van Ogle,

Wilbur, Martinez, Miller, S Hudson, Pat Doe #1, Pat Doe #2, and the Peerless Handcuff Company. Dkts. 13, 14. All defendants but defendant Peerless filed an answer on December 27, 2017. Dkt. 17. Defendant Peerless filed an answer on February 13, 2017.

On June 30, 2017, the Court granted a motion to amend and accepted plaintiff's second amended complaint naming as defendants Pat Doe #1, Pat Doe #2, Margaret Gilbert, S. Hudson, Martinez, Miller, Peerless Handcuff Company, Daniel Van Ogle, Wilbur, Eric Mainio, and Cory Elis. All defendants except defendant Peerless filed an answer on July 12, 2017. Dkt. 37. All defendants except defendant Peerless also filed a motion for summary judgment as to the state defendants on July 27, 2017. Dkt. 38.

Petitioner filed this motion to voluntarily dismiss defendant McCarty on August 8, 2017. Dkt. 47. Defendant Peerless was subsequently dismissed by stipulation and order on August 30, 2017. Dkts. 52, 54.

**DISCUSSION**

Rule 41 of the Federal Rules of Civil Procedure sets forth the circumstances under which an action may be dismissed. Plaintiff must seek leave of Court to dismiss this action because an answer and a motion for summary judgment have both been filed. *See* Dkts. 37, 38.

Here, plaintiff moves for dismissal of defendant McCarty (Dkt. 47) and defendants have not offered any opposition. Accordingly, the Court recommends that plaintiff's motion to dismiss defendant McCarty (Dkt. 47) be granted and that the Court dismiss this action against defendant McCarty without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections

will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **October 13, 2017** as noted in the caption.

Dated this 26th day of September, 2017.

J. Richard Creatura
United States Magistrate Judge