UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER MILLER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET GILBERT, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C16-5891 BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 58. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion to voluntarily dismiss Defendant McCarty is **GRANTED**.

Dated this 19th day of October, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER