UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER MILLER,<br><br>                Plaintiff,<br><br>   v.<br><br>MARGARET GILBERT, et al.,<br><br>                Defendants. | CASE NO. C16-5891 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

      This matter comes before the Court on Plaintiff Christopher Miller's ("Miller") motion for reconsideration. Dkt. 148.

      On April 29, 2019, the Court denied Miller's motion to appoint counsel. Dkt. 145. In that order, the Court informed Miller that it sent multiple requests to the pro bono panel after appointed counsel withdrew. *Id.* No attorney, however, volunteered to represent Miller so the Court denied Miller's motion to appoint counsel. *Id.* On May 7, 2019, Miller filed the instant motion requesting reconsideration. Dkt. 148. Miller states that he is having difficultly litigating this matter by himself and respectfully asks for placement back on the pro bono panel. *Id.*

Because no attorney volunteered to represent Miller, the Court's only option would be to force an attorney to represent Miller. At this point, the Court declines to impose such an obligation on an attorney in this civil suit for damages. If Miller finds an attorney to represent him, the Court will favorably consider an appointment of that attorney. Regarding the merits of the instant motion, the Court **DENIES** the motion because it is not error to deny a motion to appoint when no attorney volunteers for such an appointment.

**IT IS SO ORDERED**.

Dated this 3rd day of June, 2019.

BENJAMIN H. SETTLE
United States District Judge